# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 25-CR-20327-WILLIAMS/GOODMAN
### CASE NO: _____-

### 18 U.S.C. § 875(c)

**UNITED STATES OF AMERICA**

**vs.**

**WALTER GEORGE BECHTEL, III,**

**Defendant.**

_____/

FILED BY____**BM**____D.C.

**Jul 24, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Transmitting Threats Through Interstate Commerce
### (18 U.S.C. § 875(c))

On or about June 9, 2025, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**WALTER GEORGE BECHTEL, III,**

did knowingly transmit in interstate commerce a communication containing a true threat to injure

the person of another, that is, a United States Senator, with the intent to communicate a true threat

of violence, to wit, the defendant stated on the X social media platform "I will kill you personally

old man," knowing that the communication would be viewed as a true threat of violence, and recklessly disregarding a substantial risk that others would regard the communication as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

████████████████████████

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

MARC S. ANTON
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.: <u>25-CR-20327-WILLIAMS/GOODMAN</u>**

**v.**

WALTER GEORGE BECHTEL, III                       **CERTIFICATE OF TRIAL ATTORNEY**

_____ /             **Superseding Case Information:**
                    Defendant.                   New Defendant(s) (Yes or No) _____
**Court Division** (select one)                  Number of New Defendants _____
  ☑ Miami   ☐ Key West   ☐ FTP           Total number of new counts _____
  ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect: _____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                 (Check only one)
   I   ☑  0 to  5 days              ☐ Petty
   II  ☐  6 to 10 days              ☐ Minor
   III ☐  11 to 20 days             ☐ Misdemeanor
   IV  ☐  21 to 60 days             ☑ Felony
   V   ☐  61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) _____

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _M. X. M_____ for: _____
Marc S. Anton
Assistant United States Attorney
FL Bar No.          0148369

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: <u>WALTER GEORGE BECHTEL, III</u>

Case No: _____

Count #: 1

Interstate Threats

In violation of Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): None**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**